IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

      v.                                                    22-CR-133-RJA-HKS

ROBERT CALKINS, JR.,

          Defendant.

---

## GOVERNMENT'S EXHIBIT LIST

**THE UNITED STATES OF AMERICA**, by and through its attorneys, Trini E. Ross, United States Attorney for the Western District of New York, and the undersigned Assistant United States Attorney, hereby submit the attached Government's Exhibit List for the evidentiary hearing scheduled before Hon. H. Kenneth Schroeder, Jr. on January 12, 2023.

DATED:   Buffalo, New York, January 11, 2023.

                                                              TRINI E. ROSS
                                                             United States Attorney

                                  BY:   s/ DAVID J. RUDROFF
                                               Assistant United States Attorney
                                               United States Attorney's Office
                                               Western District of New York
                                               138 Delaware Avenue
                                               Buffalo, New York 14202
                                               (716) 843-5406
                                               David.Rudroff@usdoj.gov

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

**EXHIBIT LIST**

<u>Suppression Hearing</u>
Hon. H. Kenneth Schroeder, Jr.

<u>**U.S. v. Robert Calkins, Jr.**</u>

Case No.  22-CR-133-RJA-HKS          √   Government
Date:     January 12, 2023           ___ Defendant

| Exhibit Number | Description | Date Marked for Ident. | Date In Evidence |
|---|---|---|---|
| 1 | Search Warrant issued by Hon. Ronald D. Ploetz, Cattaraugus County Court, on September 2, 2020 | | |
| 2 | New York State Computer Forensic Laboratory Report #20WL-01051 | | |