I wanna first start off by saying I am truely honestly sorry for what I had done, I have made a lot of mistakes in my life and I know it doesnt excuse what Ive done I myself was a victum of the same abuse and Because what Ive gone trough myself I turned to Acohol and drugs for almost my whole life I am a highschool drop out and have caused alot of problems for myself on a self destuc mission I have ptsd Deep Depression and enziety and have always turned to Acohol and drugs to hide behind and it made my life worse and I hope one day ▓▓▓▓▓ can forgive me for what I did. While I been locked up I was diagnosed with Besel cell carsanoma skin Cancer and have a sergery on my face and about three or four more to come and now they have found new bumps on my neck that are possibley Cancer I have more test and treatment I have to do and I hope they can fix me issues

how I could ever appologize enough to ▮▮▮ but I am truely sorry I wish I could take it back this is not the person I am and never wanted to be. and it doesnt excuse my actions and like i said before I hope one day ~~~~~ can forgive me.

Thank you for listining