IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.   22-CR-133-(RJA)

ROBERT CALKINS, JR.,

        Defendant.

---

## FINAL ORDER OF FORFEITURE

**WHEREAS**, on February 10, 2023, the Court entered a Preliminary Order of Forfeiture ("Preliminary Order") (ECF No. 35), condemning and forfeiting the defendant's right, title and interest in the following assets ("cellular phones"):

    a.    Samsung Galaxy J3 Luna Pro Model SM-S327VL;

    b.    Samsung Galaxy S9 Model SM-G960U; and

    c.    Samsung Galaxy S7 Model SM-G930VL.

pursuant to the defendant's guilty plea to Count 1 of the Indictment (ECF No. 14) on February 9, 2023 (ECF No. 32), Federal Rule of Criminal Procedure 32.2(b)(2), Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3),

**WHEREAS**, for the 30 day period between February 15, 2023 and March 16, 2023, the government published notice of the forfeiture and the government's intent to dispose of the cellular phones, on an official government website (www.forfeiture.gov), in accordance

with the law and as specified in the Preliminary Order (Declaration of Publication, ECF No. 39); and

**WHEREAS**, no third-parties filed a petition asserting a legal interest in the property that has been ordered forfeited, and the time to do so under Title 21, United States Code, Section 853(n)(2) has expired.

**NOW THEREFORE, IT IS HEREBY ORDERED ADJUDGED AND DECREED**, pursuant to the Preliminary Order, Federal Rule of Criminal Procedure 32.2(c)(2), Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3), all right, title, and interest in cellular phones is hereby condemned, forfeited, and vested in the United States; it is further

**ORDERED, ADJUDGED AND DECREED**, that the United States Customs and Border Protection, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the cellular phones in accordance with all applicable law and regulations; it is further

**ORDERED, ADJUDGED, AND DECREED**, pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), that this Final Order of Forfeiture shall be made part of the sentence and included in the criminal judgment; and it is further

**ORDERED, ADJUDGED, AND DECREED**, that this Court shall retain jurisdiction to enforce this Order and to amend it as necessary under Federal Rule of Criminal Procedure 32.2(e).

**SO ORDERED.**

Dated: <u>Oct. 26</u>, 2023
       Buffalo, New York

*Richard J. Arcara*
RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE